UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSLYN ETHEL KOOI, individually and as personal representative of Douglas Kooi,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, a corporation,<br><br>Defendant. | CASE NO. 3:20-cv-05864-BHS<br><br>ORDER |

THIS MATTER is before the Court on plaintiff Joslyn Kooi's motion for leave to file a supplemental expert report, Dkt. 40. Kooi seeks to supplement her expert Dr. Sawyer's report to address her alternative defective design claim. She asserts that she does not seek to reopen discovery generally, and proposes that the Court permit defendant Monsanto a short time to depose Sawyer at her cost, and to prepare a responsive expert report. Dkt. 40 at 7. She contends that Monsanto would not be prejudiced from the supplement; Sawyer's proposed testimony is consistent with that of Monsanto's expert, Dr. Farmer. Dkt. 51 at 2.

Monsanto opposes supplementation, arguing that the proposed new expert testimony is not "narrow" and that it is not necessitated by the Supreme Court's decision in *Durnell.* Dkt. 49 at 1. It contends that Kooi has not been diligent, and that it will be prejudiced by the late set of new expert opinions, including by having to depose Sawyer, possibly file a new *Daubert* motion, and by having to prepare rebuttal testimony. *Id.* at 9.

The Court does not agree that Monsanto would suffer prejudice that cannot be addressed by permitting it to depose Sawyer at Kooi's cost, particularly in light of the fact the Court needs to move the scheduled November 17, 2026, trial date for several reasons.

First, the Court's calendar includes a criminal trial beginning the same day which has not yet resolved. Second, the court does not conduct jury trials during Thanksgiving week (November 23), and it has a previously scheduled civil trial beginning December 1.

Furthermore, and in any event, as Monsanto is aware, the Court has two other "Roundup" cases on remand from the MDL; *Toyer v. Monsanto*, No. 19-cv-5803-BHS, and *Huntley v. Monsanto*, No. 19-cv-5805-BHS. The plaintiffs in those cases share counsel, though Kooi's counsel is different. The Court has asked the parties in those cases to address plaintiffs' request to consolidate *Toyer* and *Huntley*, *see Huntley*, Dkt. 21, and Toyer's counsel has asked the Court to "consolidate the hearings" on the pending dispositive motions in that case and this one. *Toyer*, Dkt. 17.

The Court has not yet determined whether to have a hearing on the dispositive motions in any of these cases, though it will certainly consider the motions together and consistently. Indeed, the Court is considering whether to consolidate *Kooi*, *Toyer*, and

*Huntley* for purposes of a jury trial on liability, and bifurcating the damages portion of each case for individual trials if necessary. The Court would likely hold that trial on March 2, 2026, the currently scheduled trial date in *Toyer*. *See* Dkt. 14.

The parties in each of the three cases should **SHOW CAUSE** why that course is not efficient or feasible, or is prejudicial or otherwise unwarranted. They should do so in writing in each case within 14 days.

In the meantime, Kooi's motion for leave to supplement her expert's report, Dkt. 40, is **GRANTED**. Monsanto may depose Dr. Sawyer at Kooi's cost, and file its own responsive expert disclosure and/or *Daubert* motion within 40 days. The November 17 trial date in this case is **STRICKEN**. The clerk will set a new trial date after the parties respond to the Court's consolidation and bifurcation proposal.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2026.

BENJAMIN H. SETTLE
United States District Judge