**HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSLYN ETHEL KOOI, individually and as personal representative of Douglas Kooi,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY.<br><br>Defendant. | Case No. 3:20-cv-05864-BHS<br><br>**STIPULATED MOTION AND APPENDED ORDER REGARDING EXPERT DEADLINES**<br><br>Noted for Consideration: 10/30/26 |

Plaintiff Joslyn Kooi ("Plaintiff") and Defendant Monsanto Company ("Monsanto"), by and through their respective counsel, jointly move the Court to extend the expert deadlines arising from the Court's September 28, 2026 Order (ECF No. 54), its September 29, 2026 Minute Order (ECF No. 55), and its September 30, 2026 email to counsel. The parties have agreed to mediate this matter before retired Judge Glenn Norton and anticipate that the mediation will occur on or before December 9, 2026. So that the parties may focus their efforts on mediation, and applying the Court's existing 40-day framework from the date of Dr. Sawyer's deposition, the parties have stipulated to the following deadlines:

(a) **Monsanto's deadline to depose Dr. Sawyer:** December 17, 2026;



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

(b) **Monsanto's deadline to serve a responsive expert disclosure and/or file a *Daubert* motion regarding Dr. Sawyer's supplemental report:** January 26, 2027 (currently November 7, 2026);

(c) **Monsanto's deadline to narrow its experts:** January 28, 2027 (currently November 9, 2026); and

(d) **Plaintiff's deadline to depose Monsanto's expert on any rebuttal opinions and file her own *Daubert* motion:** March 8, 2027 (currently 40 days from receipt of any supplemental expert rebuttal report).

**RELEVANT BACKGROUND**

On September 28, 2026, the Court granted Plaintiff's motion for leave to file a supplemental expert report from Dr. Sawyer addressing her alternative defective design claim. ECF No. 54. To address the prejudice Monsanto identified in its opposition, the Court permitted Monsanto to depose Dr. Sawyer at Plaintiff's cost and to file its own responsive expert disclosure and/or *Daubert* motion within 40 days. *Id.* at 3. In the same Order, the Court struck the November 17, 2026 trial date. *Id.* Noting that two other Roundup cases are pending before it on remand—*Toyer v. Monsanto*, No. 3:19-cv-5803-BHS, and *Huntley v. Monsanto*, No. 3:19-cv-5805-BHS—the Court ordered the parties in all three cases to show cause, within 14 days, why the cases should not be consolidated for a jury trial on liability, with the damages portion of each case bifurcated for individual trials if necessary. *Id.* at 2–3. The Court directed that the clerk will set a new trial date after the parties respond to the order to show cause. *Id.* at 3. Both parties have responded to the Court's order to show cause. ECF Nos. 59–63.

On September 29, 2026, the Court entered a Minute Order clarifying its prior Order. ECF No. 55. The Court explained that it would not consolidate the summary judgment hearings in *Kooi*, *Toyer*, and *Huntley*, but that it would consider the motions consistently, and confirmed that it had struck the trial date and all other associated pretrial deadlines. *Id.* The Court further observed that there is "now room in the schedule for an extension" of Monsanto's 40-day period,



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

"if necessary," and provided that Plaintiff may depose Monsanto's expert on any rebuttal opinions, and file her own *Daubert* motion, within 40 days of receipt of any supplemental expert rebuttal report. *Id.* On September 30, 2026, the Court further clarified its orders by email to counsel, extending Monsanto's October 17, 2026 deadline to narrow its experts, previously set in ECF No. 39, to November 9, 2026.

Under the current schedule, Monsanto's 40-day period expires on November 7, 2026, and its deadline to narrow its experts is November 9, 2026. There is currently no trial date in this case. The parties have since agreed to mediate this matter before retired Judge Glenn Norton and anticipate that the mediation will occur on or before December 9, 2026.

**GOOD CAUSE EXISTS TO CONTINUE THESE SPECIFIC DEADLINES**

A schedule may be modified for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4). Good cause exists here for three reasons.

First, the parties have agreed to mediate this matter before retired Judge Glenn Norton, and anticipate that the mediation will occur on or before December 9, 2026. Extending the expert deadlines until after mediation will allow the parties to devote their time and resources to a meaningful mediation, rather than incurring the substantial expense of narrowing Monsanto's experts, an expert deposition, a rebuttal expert report, and *Daubert* briefing that may prove unnecessary if the case resolves. Deferring that work promotes the efficient use of the parties' and the Court's resources.

Second, the requested extension will not prejudice any party or disrupt the Court's schedule. The Court has struck the trial date and all associated pretrial deadlines, and has already recognized that there is room in the schedule to extend Monsanto's 40-day period if necessary. ECF No. 55. The Court has also not yet issued a ruling with respect to consolidation and bifurcation/trifurcation, and the clerk, to date, has not set a new trial date. ECF No. 54. The requested extension therefore will not delay trial.

Third, this request is timely and jointly made, and it preserves the structure the Court



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

established. The parties seek this extension before the current November 7 and November 9, 2026 deadlines expire. Under the stipulated schedule, Monsanto would depose Dr. Sawyer by December 18, 2026, shortly after the anticipated mediation, if the case does not resolve. Monsanto would then have 40 days from that deadline to serve any responsive expert disclosure and/or *Daubert* motion, consistent with the 40-day period the Court provided. ECF No. 54 at 3. Monsanto's deadline to narrow its experts would follow two days later, preserving the relationship between those deadlines reflected in the Court's September 30, 2026 email. And Plaintiff would have at least 40 days after Monsanto's responsive disclosure deadline to depose Monsanto's expert on any rebuttal opinions and to file her own *Daubert* motion. ECF No. 55.

**CONCLUSION**

For the foregoing reasons, the parties respectfully request that the Court enter an order setting the following deadlines: (a) Monsanto's deadline to depose Dr. Sawyer: December 17, 2026; (b) Monsanto's deadline to serve a responsive expert disclosure and/or file a *Daubert* motion regarding Dr. Sawyer's supplemental report: January 26, 2027; (c) Monsanto's deadline to narrow its experts: January 28, 2027; and (d) Plaintiff's deadline to depose Monsanto's expert on any rebuttal opinions and file her own *Daubert* motion: March 8, 2027.

I certify that this memorandum contains 1,324 words, in compliance with the Local Civil Rules.

DONE IN OPEN COURT this 2nd day of November, 2026.

IT IS SO ORDERED



BENJAMIN H. SETTLE
United States District Judge



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600

Presented by:

| | |
|---|---|
| DATED: November 2, 2026 | By: */s/ Steven Rich*<br>**SHOOK, HARDY & BACON L.L.P.**<br>Steven W. Rich, WSBA #48444<br>701 Fifth Avenue, Suite 6800<br>Seattle, WA 98104-7066<br>Phone: 206-344-7600<br>E-mail: srich@shb.com<br><br>Christopher M. Sorenson *(Pro Hac Vice)*<br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Phone: 816-559-2939<br>E-mail: csorenson@shb.com<br><br>Nathan Hoffman (*Pro Hac Vice*)<br>**NELSON MULLINS**<br>1222 Demonbreun Street, Suite 1700<br>Nashville, TN 37203<br>Phone: 615.664.5308<br>E-mail: nathan.hoffman@nelsonmullins.com<br><br>***Attorneys for Defendant Monsanto Company*** |
| DATED: November 2, 2026 | By: */s/ Daniel Johnson*<br>Daniel F. Johnson, WSBA #27848<br>**BRESKIN JOHNSON & TOWNSEND, PLLC**<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>Telephone: (206) 652-8660<br>djohnson@bjtlegal.com<br><br>Farzad Rastegar (*Pro Hac Vice*)<br>Douglas W. Perlman (*Pro Hac Vice*)<br>**RASTEGAR LAW GROUP, APC**<br>22760 Hawthorne Blvd., Suite 200<br>Torrance, CA 90505<br>Telephone: (310) 961-9600<br>Facsimile: (310) 961-9094<br>farzad@rastegarlawgroup.com<br>douglas@rastegarlawgroup.com<br>Kasey@rastegarlawgroup.com |

| | |
|---|---|
| | Victor L. George (*Pro Hac Vice*)<br>LAW OFFICES OF VICTOR L. GEORGE<br>22760 Hawthorne Boulevard, Suite 200<br>Torrance, CA 90505<br>Telephone: (310) 698-0990<br>vgeorge@vgeorgelaw.com<br><br>***Attorneys for Plaintiff*** |

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the State of Washington, that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Steven Rich*
Steven Rich



SHOOK, HARDY & BACON L.L.P.
701 Fifth Avenue, Suite 6800
Seattle, WA 98104-7066
Tel: 206-344-7600